**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLIS J. SPIKES,<br><br>　　　　　Defendant.<br>_____/ | Case Nos.  5:02-mj-20762 TAG<br>　　　　　　　5:03-mj-20042 TAG<br><br>ORDER GRANTING MOTION<br>TO MODIFY SUPERVISED RELEASE<br>(Doc. 22 in 03-mj-20042 TAG) |

　　　　Defendant Hollis J. Spike's Motion to Modify Supervised Release came on for hearing on August 7, 2007 before United States Magistrate Judge Theresa A. Goldner.  Special Assistant United States Attorney Zaven T. Saroyan appeared on behalf of Plaintiff.  Assistant Federal Defender Carrie S. Leonetti appeared on behalf of Defendant.

　　　　Good cause having been shown, the Court makes the following order:

　　　　1. Defendant's Motion to Modify Supervised Release is granted; the special condition of supervised release requiring Defendant to stay at least 1,000 yards away from Edwards Air Force Base is rescinded.

　　　　2. The Court notes that rescission of the above stay-away condition is neither intended to, nor has, any force and effect on any barment order issued by the Commander of the Air Force Flight Test Center, Edwards Air Force Base, California with respect to Edwards Air Force Base or its satellite installations.

IT IS SO ORDERED.

Dated:  **August 8, 2007**　　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE